UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00599-SPG-MBK | Date | April 20, 2026 |
|---|---|---|---|
| Title | Fallon Washington v. Topix Pharmaceuticals Inc. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff Fallon Washington ("Plaintiff") is ordered to show cause why this case should not be dismissed for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Pursuant to Plaintiff's Proof of Service, Plaintiff represents that it served Defendant Topix Pharmaceuticals, Inc. d/b/a Replenix ("Defendant") on or about February 9, 2026. *See* (ECF No. 9). Upon stipulation of the parties, Defendant's service of an answer to the complaint was due no later than April 1, 2026. *See* (ECF No. 13); Fed. R. Civ. P. 12(a)(1)(A)(ii). To date, however, Defendant has not served an answer to the complaint. Yet, Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).

Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, on or before April 29, 2026, why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action. Plaintiff can satisfy this order by seeking entry of default or by filing a notice of voluntary dismissal of the complaint.

**IT IS SO ORDERED.**

_____      :  _____

Initials of Preparer     pg